No. 573. NATIONAL LABOR RELATIONS BOARD *v.* GISSEL PACKING CO., INC., ET AL.; and

No. 691. FOOD STORE EMPLOYEES UNION, LOCAL No. 347, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO *v.* GISSEL PACKING CO., INC. C. A. 4th Cir. [Certiorari granted, 393 U. S. 997.] Motion of Associated Builders & Contractors, Inc., for leave to file a brief as *amicus curiae* granted.

No. 620. MOORE ET AL. *v.* SHAPIRO, GOVERNOR OF ILLINOIS, ET AL. Appeal from D. C. N. D. Ill. [Probable jurisdiction noted, 393 U. S. 996.] Motion of appellees for permission for two attorneys to participate in oral argument granted. *William J. Scott,* Attorney General of Illinois, on the motion.

No. 662. DEBACKER *v.* BRAINARD, SHERIFF. Appeal from Sup. Ct. Neb. [Probable jurisdiction noted, 393 U. S. 1076.] Motion of appellant for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted. It is ordered that *William G. Line, Esquire,* of Fremont, Nebraska, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for appellant in this case. Joint motion to dispense with printing appendix denied. *William G. Line* for appellant, and *Melvin Kent Kammerlohr,* Assistant Attorney General of Nebraska, for appellee on the joint motion.

No. 791. CRANE *v.* CEDAR RAPIDS & IOWA CITY RAILWAY CO. Sup. Ct. Iowa. [Certiorari granted, 393 U. S. 1047.] Motion of Railway Labor Executives' Assn. for leave to file a brief as *amicus curiae* granted. *Edward J. Hickey, Jr.,* and *James L. Highsaw, Jr.,* on the motion.

No. 1533, Misc. MCCARTNEY *v.* NELSON, WARDEN. Motion for leave to file petition for writ of habeas corpus and other relief denied.